UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 04-80022-WRS
                                                   Chapter 11
GLENN McCLENDON
TRUCKING COMPANY INC.,

        Debtor.

**PLAN IMPLEMENTATION ORDER**

This order is entered pursuant to 11 U.S.C. § 1142 and Fed. R. Bankr. Proc. 3020(d). The order governs acts required to implement the confirmed Chapter 11 plan, to conclude administration of the estate, and to close the case. 11 U.S.C. § 350. Accordingly, it is

ORDERED that --

1. The debtor shall commence distribution and perform all other acts necessary to carry out the confirmed plan. 11 U.S.C. § 1142(a); Fed. R. Bankr. Proc. 3021.

2. The debtor shall effect substantial consummation in accordance with the provisions of the plan. Substantial consummation comprises only the acts specified in 11 U.S.C. § 1101(a)(2)(A), (B), and (C).

3. Inability to effectuate substantial consummation constitutes cause for dismissal or conversion under 11 U.S.C. § 1112(b).

Done this 2nd day of May, 2005.

                                                   /s/ William R. Sawyer
                                                   United States Bankruptcy Judge

c: Debtor
   Charles N. Parnell III, Attorney for Debtor